UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA                Hearing Date: 6-24-11

Bankruptcy Case No. 10-73992    Adversary No. _____

Title of Cause: David + Renee DiCiolla

Brief Statement
of Motion: _____

Name and Addresses
of moving counsel: Fiona Whelan

Representing: Trustee

## ORDER

This matter will be continued to 8/12/11 for confirmation. This is the final date by which the case shall be in a position to be recommended for confirmation or dismissed.

JUN 24 2011